PHILIP SULLIVAN, Respondent, *v.* RICHARD GOODWIN et al., Appellants, Impleaded with Others.

*Sullivan* v. *Goodwin,* 30 App. Div. 194, affirmed..
(Argued October 5, 1900; decided October 23, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 28, 1898, affirming a judgment in favor of plaintiff entered upon. a verdict directed by the court.

*Edward G. Nelson* for appellants.

*Michael Furst* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ. Not sitting: PARKER, Ch. J.